Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Angelia Green | Case No.: 14–31336 HLB 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's Notice Of Failure Of Debtor(s) To Provide Statement Of Social Security Number And/Or List Of Creditors , filed on 9/15/2014 , it is ordered that this case is hereby **dismissed**.

Dated: 9/23/14

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge